UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

CASE NO.: __11-31196-RAM__

☐ ____1st___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:__Mirtila Tabora_____    CO-DEBTOR: _____
Last Four Digits of SS# _xxx-xx-1919_____    Last Four Digits of SS# _____

☐   This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of _60___ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A.   $_1,009.57____ for months __1__ to _60_ ;

B.   $_____ for months _____to_____;

C.   $_____for months _____to _____ in order to pay the following creditors:

Administrative:     Attorney's Fee   $_3,750.00 + $500.00 (Motion to Value) = $4,250.00__
                    TOTAL PAID      $2,000.00___
                    Balance Due     $_2,250.00__ payable $__187.50__ month (Months __1__to _12_ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)]  Mortgages(s)/Liens on Real or Personal Property:

1. _Bank of America_____    Arrearage on Petition Date $_16,924.76__
Address _P.O. Box 10227_____    Arrears Payment  $_168.75____/month (Months__1_ to _12_ )
    ___Van Nuys, CA 91410_____    Arrears Payment  $_310.42____/month (Months_13__ to _60_ )
    ___Acct No. xxxx3605_____    Regular Payment  $_552.37___/month (Months_1__ to _60_ )

2._____    Arrears Payment  $_____
_____    Arrears Payment  $_____/month (Months____ to ___)
_____    Regular Payment  $_____/month (Months___ to ___)
                                         Arrears Payment  $_____/month (Months___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America<br>Loan No. xxxxx1121<br>Prop Add: 4050 NW 135th St<br>Apt#22<br>Opa Locka, FL 33054 | Homestead Property $48,200.00 | 0% | N/A | N/A | N/A |

Priority Creditors:  [as defined in 11 U.S.C. §507]

1. _n/a_____    Total Due $_____
                                    Payable $_____/month (Months ____to ___)

Unsecured Creditors: Pay $_45.83__ month (Months __13___ to _60___).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :_The debtor is paying Villa Viscaya Jardines Condo (Loan#Bldg 9, Apt#22)._____
_____

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq
Attorney for debtors
Date: 10/07/11